IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAYMOND BARNES, on behalf of himself
and others similarly situated,

    Plaintiff,                                   Case No.1:10-cv-2328-WSD

v.

PROGRESSIVE IMPROVEMENTS, INC,
and DREW HORNER, individually,

    Defendants.

### **ORDER APPROVING SETTLEMENT OF CLAIMS**

This matter is before the Court on the parties' Joint Motion to Approve Settlement. Having read and considered the parties' Motion, which is signed by counsel for all parties, the Court finds that the proposed settlement agreement is a fair and reasonable resolution of issues that are actually in dispute in this case.

It is hereby **ORDERED** that the settlement of Plaintiffs' claims is **APPROVED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

SO ORDERED, this _____ day of _____, 2011.

                                                      _____
                                                      WILLIAM S. DUFFEY, JR.
                                                      UNITED STATES DISTRICT JUDGE